UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ATIQ WESTON,

                         Petitioner,

    -against-

MICHAEL CAPRA,

                         Respondent.
-------------------------------------------------------------X

**ORDER**

18 Civ. 05770 (PMH)(JCM)

      Petitioner Atiq Weston's ("Petitioner") petition for writ of habeas corpus is *sub judice*. (Docket No. 2). The parties' submissions contain inconsistent renditions of the procedural history in Petitioner's state court proceedings as it relates to the County Court, Orange County's lockdown orders in early 2014. Specifically, Petitioner references lockdown orders dated January 10, 2014 and February 11, 2014, which do not appear in the record or Respondent Michael Capra's ("Respondent") submissions. (*Compare* Docket No. 2 at 37, 99-100, *with* Docket No. 27 ¶¶ 13-16). In order to assist the Court in its analysis, Respondent is directed to confirm whether such orders exist, and provide any copies thereof, by March 25, 2022.

      The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Petitioner.

Dated:  March 22, 2022
           White Plains, New York

                                            **SO ORDERED:**

                                            _____
                                            JUDITH C. McCARTHY
                                            United States Magistrate Judge