UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ATIQ WESTON,

                    Petitioner,

v.                                                                                            ORDER

MICHAEL CAPRA,                                                          No. 18-CV-05770 (PMH)

                    Respondent.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      On April 13, 2022, Magistrate Judge McCarthy issued a Report and Recommendation as to Petitioner's application for *habeas corpus* relief and stated that objections to the report were due by April 27, 2022. (Doc. 65). Petitioner filed timely objections on April 26, 2022. (Doc. 67). Pursuant to Fed. R. Civ. P. 72(b)(2), Respondent's response to the objections was due by May 10, 2022, but Respondent has not filed a response to date. Accordingly, Respondent is directed to respond to Petitioner's objections by 5:00 p.m. on June 9, 2022.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner at the address listed on the docket.

                                                SO-ORDERED:

Dated: White Plains, New York
        June 2, 2022

                                              _____
                                              Philip M. Halpern
                                              United States District Judge